UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEVI GARCIA STRANGE,<br><br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES ARMY,<br><br>Defendant. | No. 2:17-cv-2699 JAM AC PS<br><br>ORDER |

On April 11, 2018, this court dismissed plaintiff's complaint and in forma pauperis application with leave to amend within 30 days. ECF No. 7. That deadline has now passed, and plaintiff has only filed an application to proceed in forma pauperis. ECF No. 10. Plaintiff has not filed the anticipated amended complaint. In order to commence an action, plaintiff must file a complaint as required by Rule 3 of the Federal Rules of Civil Procedure. The court will not issue any orders granting or denying any form of relief until an action has been properly commenced.

Good cause appearing, IT IS HEREBY ORDERED that plaintiff shall show cause, within 14 days, why his failure to file an amended complaint should not result in a recommendation that this case be dismissed for failure to prosecute. The filing of an amended complaint within this

////

////

1

timeframe will serve as cause and will discharge this order.  If plaintiff fails to respond, the court will recommend dismissal of his case pursuant to Local Civil Rule 110.

DATED: May 14, 2018

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE